U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2021

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Hastings</u>, S1 20 Cr. 534 (GHW)

Dear Judge Woods:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: *[signature]*

    Robert L. Boone
    Assistant United States Attorney
    (212) 637-2208

cc: Defense counsel (by ECF)

Application granted. The Clerk of Court is directed to terminate Mr. Boone from the list of active counsel in this case and to terminate the motion pending at Dkt, No. 134.

SO ORDERED.
Dated: August 17, 2021

*[signature]*
GREGORY H. WOODS
United States District Judge