# Vinson&Elkins

Mike Dry  mdry@velaw.com
Tel +1.202.639.6525  Fax +1.202.879.8865

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2022

January 14, 2022         **MEMORANDUM ENDORSED**

<u>By ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  <u>United States v. Jeffrey Hastings</u>, 20 Cr. 534 (GHW)

Dear Judge Woods:

    Defendant Jeffrey Hastings respectfully requests a 30-day extension of his report date from January 30, 2022 to March 1, 2022 to allow (i) Mr. Hastings to treat and stabilize his serious medical conditions before his term of incarceration begins, and (ii) the Bureau of Prison ("BOP") to designate Mr. Hastings to a facility that is capable of treating his medical conditions. The Government has represented to undersigned counsel that it takes no position on this request.

## Summary of Recent Medical History

    As the Court is aware, Mr. Hastings suffers from numerous serious health conditions, [REDACTED]

*See* PSR ¶¶ 81-86.

[REDACTED]

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles  New York
Richmond  Riyadh  San Francisco  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Tel +1.202.639.6500  Fax +1.202.639.6604  velaw.com

V&E

January 14, 2022   Page 2



### Request for 30-Day Extension of Mr. Hastings's Report Date

Mr. Hastings's ███████████████████████████ would be exacerbated by travel. Further, Mr. Hastings has not yet been designated by the BOP to report to any federal facility, so there is serious risk that if Mr. Hastings were to report to the U.S. Marshal's Service in New York City, his medical conditions would be untreated and may become life threatening. This is especially so in light of the COVID-19 Omicron wave, in which New York has a 18.6 percent statewide positivity rate.[1] An additional 30 days should allow Mr. Hastings sufficient time to discuss and choose a treatment plan to address his new and worsening medical issues, and allow additional time for BOP to designate Mr. Hastings to a facility that can adequately care for his medical conditions.

Accordingly, Mr. Hastings respectfully requests a 30-day extension to report to the BOP to allow him to seek treatment and stabilization of ███████████████████████ and to allow the BOP to designate him to a medical facility that is able to treat his medical conditions.

Respectfully submitted,

/s/ Michael S. Dry
Michael S. Dry (admitted *pro hac vice*)
Daniel T. Wallmuth (admitted *pro hac vice*)

---

[1] Governor Kathy Hochul, Address (January 11, 2022) *available at* https://www.governor.ny.gov/news/video-audio-photos-rush-transcript-governor-hochul-announces-vaxforkids-campaign-increase.



VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW, Ste. 500 West
Washington, DC 20037
(202) 202-639-6525
mdry@velaw.com
dwallmuth@velaw.com

Jeffrey S. Johnston (admitted *pro hac vice*)
James L. Leader, Jr. (admitted *pro hac vice*)
1001 Fannin Street, Ste. 2500
Houston, TX 77002
(713) 758-2198
jjohnston@velaw.com
jleader@velaw.com

Application granted.  The date on which Mr. Hastings must surrender for the service of his sentence is adjourned to March 2, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 112.

SO ORDERED.
Dated: January 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge