**MEMORANDUM ENDORSED**

# Vinson&Elkins

Mike Dry  mdry@velaw.com
**Tel +**1.202.639.6525  **Fax +**1.202.879.8865

February 17, 2022

**By ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022
```

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jeffrey Hastings**, 20 Cr. 534 (GHW)

Dear Judge Woods:

Defendant Jeffrey Hastings respectfully requests a second 30-day extension of his report date from March 2, 2022 to April 1, 2022. To date, the Bureau of Prisons ("BOP") has not designated Mr. Hastings to a facility that is capable of treating his serious medical conditions, for which he is seeking additional care and treatment. The Government has represented to undersigned counsel that it understands BOP may designate Mr. Hastings imminently, but unless such designation occurs by February 18, 2022, it does not take a position on this request.

**Update on Mr. Hastings's Medical Status**

Mr. Hastings suffers from numerous serious health conditions. *See* PSR ¶¶ 81-86; Dkt. No. 112.

[redacted]

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles  New York
Richmond  Riyadh  San Francisco  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
**Tel** +1.202.639.6500  **Fax** +1.202.639.6604  velaw.com

V&E

███████████████████████████████
████████████████

### Request for 30-Day Extension of Mr. Hastings's Report Date

  Mr. Hastings has not yet been designated by the BOP to report to any federal facility, so there remains a serious risk that if Mr. Hastings were to report to the U.S. Marshal's Service in New York City, his medical conditions would be untreated and may become life threatening. Mr. Hastings has reached out to his supervising officer from U.S. Probation and Pretrial Services in Alaska, who has advised that his status is still "in progress" in the designation program. Mr. Hastings has offered to provide any additional information to assist in the designation process, but has not received any further requests to date. The Government has represented that based on information it has received, Mr. Hastings may be designated imminently, but to date, no designation has occurred. An additional 30 days should allow further time for BOP to designate Mr. Hastings to a facility that can adequately care for his medical conditions and would allow Mr. Hastings additional time to formalize a treatment plan for his worsening medical conditions ███████████████.

  Accordingly, Mr. Hastings respectfully requests a 30-day extension to report to the BOP to allow him to seek treatment and further stabilization of ████████████████████████ and to allow the BOP to designate him to a medical facility that is able to treat his medical conditions.

Respectfully submitted,

/s/ Michael S. Dry
Michael S. Dry (admitted *pro hac vice*)
Daniel T. Wallmuth (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW, Ste. 500 West
Washington, DC 20037
(202) 202-639-6525
mdry@velaw.com
dwallmuth@velaw.com

Jeffrey S. Johnston (admitted *pro hac vice*)
James L. Leader, Jr. (admitted *pro hac vice*)
1001 Fannin Street, Ste. 2500
Houston, TX 77002
(713) 758-2198
jjohnston@velaw.com
jleader@velaw.com

Application granted. The deadline for Mr. Hastings to surrender is extended to April 1, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 117.

SO ORDERED.

Dated: February 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge