

# KHALIL LAW PLLC

## MEMORANDUM ENDORSED

January 30, 2024

**Filed by ECF**
CC By Email (with attachment): WoodsNYSDChambers@nysd.uscourts.gov

Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2024
```

      Re:    *United States v. Hastings*, S2 20 Cr. 534 (GHW)

Dear Judge Woods:

      I write on behalf of Defendant Brent Whiteley to request permission to submit one sentencing support letter under seal. We have disclosed an unredacted copy of the letter to the Government, and the Government does not oppose this request.

      Mr. Whiteley intends to file several support letters as an exhibit to his sentencing memorandum, but he asks the Court for leave to file one of the letters under seal. Denise O'Doherty has written a six-page letter describing her 22-year relationship as Mr. Whiteley's psychotherapist. The letter contains sensitive details about Mr. Whiteley's treatment, medications, and personal history. Concurrent with the filing of this letter, Mr. Whiteley is providing a copy of Ms. O'Doherty's letter to the Court for its review.

Application denied in part. The Court has reviewed the underlying submission and does not conclude that the defendant has made a sufficient showing to outweigh the presumption of public access to the entirety of the letter. The Court would consider an application to file a redacted version of the submission with more targeted redactions, together with a letter justifying the requested redactions. The redacted version of the submission and accompanying letter should be filed on the public docket.

The Clerk of Court is directed to terminate the motoin pending at Dkt. No. 194.

SO ORDERED.

Dated: February 2, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

KHALIL LAW PLLC

_____
Samy Khalil
4200 Montrose Blvd., Suite 440
Houston, Texas 77006
713.904.4477
samy@khalil.law