```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                             :

UNITED STATES OF AMERICA              :

                                                                             :            1:20-cr-534-GHW

                     -against-                 :

                                                                             :                 <u>ORDER</u>

BRENT WHITELEY, and                  :
MICHAEL SCOTT                         :

                                               Defendants.   :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Due to the Courthouse closure on February 13, 2024, the sentencing hearings scheduled in this matter for February 13, 2024 are adjourned to February 14, 2024. The hearing with respect to defendant Brent Whitely will be held at 1:00 p.m.; and the hearing with respect to defendant Michael Scott will be held at 3:00 p.m.

       SO ORDERED.

Dated: February 13, 2024
New York, New York

                                                          _____
                                                                  GREGORY H. WOODS
                                                               United States District Judge